UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QUILBILLIES LLC, et al.,

            Plaintiff,

  v.

FIRST AMERICAN TITLEINSURANCE COMPANY,

            Defendant.

CASE NO. C24-5246 BHS

ORDER

THIS MATTER is before the Court on plaintiffs' motion for reconsideration, Dkt. 42, of the Court's order, Dkt. 40, granting defendant First American's summary judgment motion, Dkt. 15. Plaintiffs assert that the Court erred in dismissing their extra-contractual claims based on its conclusion that First American did not breach its contract by paying policy limits rather than defending plaintiffs' titles, and in declining to permit discovery into those extra-contractual claims.

The Court cannot grant a motion for reconsideration unless the opposing party has an opportunity to respond. Local Civil Rule 7(h). The Court therefore requests First

ORDER - 1

American to respond to the plaintiffs' motion within 14 days. The Court will not entertain a reply. The motion is RE-NOTED for January 31, 2025.

IT IS SO ORDERED.

Dated this 14th day of January, 2025.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2